**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 31 WAL 2018

        Respondent           :

                         :  Petition for Allowance of Appeal from

                         :  the Order of the Superior Court

        v.                 :

                         :

SEAN ZACHERY HORTON,       :

                         :

        Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.